# United States Bankruptcy Court
## Southern District of New York

In re    **SG Blocks, Inc.**    Case No.    **15-12790 (JLG)**

Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 15, 2015**    **/s/ Paul Galvin**
**Paul Galvin**/**Chief Executive Officer**
Signer/Title

.

ALVARADO RESTAURANT GROUP
ATTN: JEFF GELLER
924 W. COLFAX AVE., SUITE 203
DENVER, CO 80204


AMERICAN STOCK TRANSFER & TRUS
P.O. BOX 12893
ATTN: CINDY ARMENIA
PHILADELPHIA, PA 19176-0893


BAJA BURRITOS
ATTN: CHARLES WILSON
P.O. BOX 12561
CHARLESTON, SC 29422


CONGLOBAL INDUSTRIES, INC.
8200 WEST 185TH STREET
ATTN: JOE BRUNETTI
TINLEY PARK, IL 60487


DILLION HILL CAPITAL, LLC
ATTN: BRUCE GROSSMAN
200 BUSINESS PARK DR. STE 306
ARMONK, NY 10504


DILLON HILL INVESTMENT CO. LLC
200 BUSINESS PARK DRIVE
SUITE 306
ARMONK, NY 10504


EDGAR AGENTS, LLC
105 WHITE OAKS LANE, SUITE 104
ATTN: LAUREN MUSTO-JOEST
OLD BRIDGE, NJ 08857


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0531


FRANK CASANO
10 WEST STREET
NEW YORK, NY 10004

```
GLOBENEWSWIRE C/O WELLS FARGO
ATTN: CUSTOMER RESPONSE TEAM
LOCKBOX 40200, P.O. BOX 8500
PHILADELPHIA, PA 19178-0200


HILLAIR CAPITAL INVESTMENTS LP
345 LORTON AVENUE, STE 303
ATTENTION:  SEAN M. MCAVOY
BURLINGAME, CA 94010


HITMAN, INC.
815-A BRAZOS STREET, STE. 183U
AUSTIN, TX 78701


IPFS CORPORATION
P.O. BOX 412086
KANSAS CITY, MO 64141-2086


KPFDIGITAL
317 GREENE AVENUE, APT. 3B
ATTN: KEN FELDMAN
BROOKLYN, NY 11238


LAWRENCE GROUP
319 N. 4TH STREET, SUITE 1000
ATTN: LAURA CONRAD
SAINT LOUIS, MO 63102


MAGEN'S BAY MANAGEMENT, LLC
ATTN: LEE STEINER
6501 RED HOOK PLAZA, SUITE 201
ST THOMAS, VI 00802


MARC NUCCITELLI
80 RODEO DRIVE
SYOSSET, NY 11791


MARCUM ADVISORY GROUP
750 THIRD AVENUE, 11TH FLOOR
ATTN: JONATHAN TOMAZIC
NEW YORK, NY 10017


OLSHAN
65 EAST 55TH STREET
ATTN: KEN SCHLESINGER
NEW YORK, NY 10022
```

```
PVE SHEFFLER, LLC
2000 GEORGETOWN DRIVE
WCP III - #101, JAMISON MORSE
SEWICKLEY, PA 15143-8992


SCOTT MASTERSON
P.O. BOX 202
EAST MARION, NY 11939


STATE OF NEW JERSEY - CBT
DIVISION OF TAXATION
P.O. BOX 193
TRENTON, NJ 08646


STEVAN ARMSTRONG
912 BLUFF ROAD
BRENTWOOD, TN 37027


USVI SOTHEBY'S INTERN'L REALTY
ATTN: LEE STEINER
6501 RED HOOK PLAZA, SUITE 201
ST THOMAS, VI 00802


WK DESIGN GROUP
351 CALIFORNIA STREET
SUITE 350 - ATTN: JOEL KARR
SAN FRANCISCO, CA 94104
```