**SILVERMANACAMPORA LLP**
Proposed Attorneys for the Debtors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

   SG BLOCKS, INC.,

                         Debtor.
---------------------------------------------------------x
In re:

   SG BUILDING BLOCKS, INC.,

                         Debtor.
---------------------------------------------------------x
In re:

   ENDAXI INFRASTRUCTURE GROUP, INC.,

                         Debtor.
---------------------------------------------------------x

Chapter 11

Case No.:  15-12790 (JLG)

Chapter 11

Case No.:  15-12791 (JLG)

Chapter 11

Case No.:  15-12792 (JLG)

**NOTICE OF MATTERS SCHEDULED FOR "FIRST DAY" HEARING**
**ON OCTOBER 21, 2015 AT 2:00 P.M., AND AGENDA FOR FIRST DAY HEARING**

**Time and Date of Hearing:**    **October 21, 2015, at 2:00 p.m.**

**Location of Hearing:**    Honorable James L. Garrity, Courtroom 601, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York  10004-1408

### MATTERS

1. Emergency Application for Orders (1) Authorizing the Debtors to Incur Post Petition Financing, on an Interim and Final Basis, with Superpriority over Administrative Expenses and Secured by Superpriority Liens Pursuant to 11 U.S.C. §§105(a), 361, 364(c) and 364(d), (2) Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. §363(c) and Providing Adequate Protection Pursuant to 11 U.S.C. §§361 and 507(b), (3) Scheduling a Final Hearing and Establishing Notice Requirements Pursuant to Bankruptcy Rules 2002 and 4001 and Granting Related Relief (ECF Doc. No. 8).

   Related Documents:

       A.  Exhibit A – Proposed Interim Order (ECF Doc. No. 8-1).
       B.  Exhibit B – Approved Budget (ECF Doc. No. 8-2).

    C. Financing Agreement (ECF Doc. No. 8-3).
    D. Security Agreement (ECF Doc. No. 8-4).
    E. Declaration of Paul Galvin Under Local Rule 1007-2 in Connection with Chapter 11 Filing, and Local Rule 9077-1 in Support of Certain "First Day" Motions (ECF Doc. No. 5).
    F. Notice of Hearing on Debtor's "First Day" Motions (ECF Doc. No. 10).
    G. Affidavit of Service of Notice of Hearing and Debtor's "First Day" Motions (ECF Doc. No. 11).

Response Deadline: October 20, 2015.

Response Received: None.

Status: This matter is going forward.

2. Debtors' Motion for Order Directing Joint Administration of the Above-Captioned Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (ECF Doc. No. 6).

Related Documents:

    A. Exhibit A – Proposed Order (ECF Doc. No. 6-1).
    B. Declaration of Paul Galvin Under Local Rule 1007-2 in Connection with Chapter 11 Filing, and Local Rule 9077-1 in Support of Certain "First Day" Motions (ECF Doc. No. 5).
    C. Notice of Hearing on Debtor's "First Day" Motions (ECF Doc. No. 10).
    D. Affidavit of Service of Notice of Hearing and Debtor's "First Day" Motions (ECF Doc. No. 11).

Response Deadline: October 20, 2015.

Response Received: None.

Status: This matter is going forward.

3. Debtors' Motion for an Order Authorizing Continuation of Certain Customer Practices (ECF Doc. No. 7).

Related Documents:

    A. Exhibit A – Proposed Order (ECF Doc. No. 7-1).
    B. Declaration of Paul Galvin Under Local Rule 1007-2 in Connection with Chapter 11 Filing, and Local Rule 9077-1 in Support of Certain "First Day" Motions (ECF Doc. No. 5).
    C. Notice of Hearing on Debtor's "First Day" Motions (ECF Doc. No. 10).
    D. Affidavit of Service of Notice of Hearing and Debtor's "First Day" Motions (ECF Doc. No. 11).

Response Deadline: October 20, 2015.

Response Received: None.

BPOWERS/1823976.1/065531

<u>Status</u>: This matter is going forward.

Dated: Jericho, New York
      October 21, 2015

**SILVERMANACAMPORA LLP**
Proposed Attorneys for the Debtors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Brian Powers