UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

  SG BLOCKS, INC., *et al.*,

                      Debtors.

------------------------------------------------------------x

Chapter 11

Case No.: 15-12790 (JLG)

(Jointly Administered)

## POST-CONFIRMATION ORDER AND NOTICE

**WHEREAS**, a confirmation order has been issued on June 3, 2016 (ECF Doc. No. 67) approving the *Amended Plan of Reorganization for SG Blocks, Inc., et al. under Chapter 11 of the Bankruptcy Code,* dated as of April 15, 2016 (ECF Doc. No. 54) (the "**Plan**"), and whereas it is the responsibility of SG Blocks, Inc., SG Building Blocks, Inc. and Endaxi Infrastructure Group, Inc. (the "**Post-Confirmation Debtors**") to inform this Court of the progress made toward (i) consummation of the plan under 11 U.S.C. §1101(2), (ii) entry of a final decree under Rule 3022 of the Federal Rules of Bankruptcy Procedure, and (iii) case closing under 11 U.S.C. § 350; it is therefore

**ORDERED**, that the Post-Confirmation Debtors shall comply with the following, except to the extent the Court orders otherwise:

      (1) <u>Periodic Status Reports</u>. Subject to the requirements set forth in 11 U.S.C. § 1106(a)(7), the Post-Confirmation Debtors shall file, within 45 days after the date of this Order, a status report detailing the actions taken by the Post-Confirmation Debtors and the progress made toward the consummation of the Plan. Reports shall be filed thereafter every January 15th, April 15th, July 15th, and October 15th until a final decree has been entered.

      (2) <u>Notices</u>. The Post-Confirmation Debtors shall mail a copy of the confirmation order and this Order to the Office of the U.S. Trustee for Region 2, and all parties who filed a notice of appearance in the Post-Confirmation Debtors' jointly administered case.

      (3) <u>Closing Report and Final Decree</u>. Within 14 days following the distribution of any deposit required by the Plan or, if no deposit was required, upon the payment of the first

distribution required by the Plan, the Post-Confirmation Debtors shall file a closing report in accordance with Local Bankruptcy Rule 3022-1 and an application for a final decree.

    (4) <u>Case Closing</u>. The Post-Confirmation Debtors shall submit the information described in paragraph 3 herein, including a final decree closing the cases, within six calendar months from the date of the order confirming the Plan.  If the Post-Confirmation Debtor fails to comply with this Order, the Clerk shall so advise the Judge and an order to show cause may be issued.

Dated: New York, New York
      June 22, 2016

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge